IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ROBERT GRAY,**

    **Plaintiff,**

v.                                                                                              **CIV Case No. 21-0383 KBM**

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration,**

    **Defendant.**

## ORDER GRANTING OPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION TO REVERSE OR REMAND

THIS MATTER comes before the Court on Plaintiff's Opposed Motion for a Second Extension of Time to File Plaintiff's Motion to Reverse or Remand (Doc. 20). Although Plaintiff indicated in her Motion that counsel for Defendant was "unavailable to consent," *Doc. 20* ¶ 8, Defense counsel later filed a Notice of No Objection to Plaintiff's Motion to Extend, *Doc. 21*. The Court, having reviewed the motion, the notice, and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until February 9, 2022, to file his Motion to Reverse or Remand, Defendant shall have until April 14, 2022, to file a Response, and Plaintiff shall have until April 29, 2022, to file a Reply.

 

*[signature]*
_____
HONORABLE KAREN B. MOLZEN
UNITED STATES MAGISTRATE JUDGE