## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ROBERT GRAY,

      Plaintiff,

v.                                                                No. CV 21-383 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

      Defendant.

### <u>FINAL JUDGMENT</u>

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 36),

enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil

Procedure. Plaintiff's *Opposed Motion to Reverse and/or Remand*, (Doc. 25), shall be

**GRANTED**. This case is therefore **REMANDED** to the Commissioner for further

proceedings consistent with the Court's Opinion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.